U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**

JUN 15 2012

**FILED**

**Ismail Ozgur Yaman**

**v.**                                         Case No. 12-cv-221-PB

**Linda Margherita Yaman**

## O R D E R

Custody of the children shall be returned to the defendant
pending a final ruling on the merits or further order of the
court. This order is subject to the following conditions:

1. The defendant shall abide by all court orders entered
in this case.

2. The defendant shall surrender her passports and her
children's passports, and any other travel documents including
birth certificates for her children. The defendant shall not
attempt to obtain a passport for either herself or her children.

3. The defendant shall not leave the state or allow her
children to leave the state without prior court approval.

4. The defendant shall inform the court of her current
address and shall notify the court of any change of address in
writing at least 24 hours prior to any change in her address.

5. The defendant shall not permit her children to stay
overnight at any other address other than the address that is on

file with the court.

6.   The defendant shall maintain a telephone land line at
her place of residence.

7.   The defendant shall be supervised by the United States
Probation office while this order remains in effect and shall
comply with all reasonable directives of a supervising probation
officer.   The defendant shall report as directed by the
probation office.

8.   The defendant shall be placed on home detention until
further order of the court.  She shall maintain a telephone at
her place of residence without any special services, modems,
answering machines, or cordless telephones for the above period.
She shall wear an electronic device and shall observe the rules
specified by the Probation Department.  She shall pay for the
cost of electronic monitoring to the extent she is able as
determined by the Probation Officer.

Any failure of the defendant to abide by the terms of this
order shall be punishable as a contempt of court.

SO ORDERED.

Paul Barbadoro
United States District Judge

June **15,** 2012

2

I, Linda Margherita Yaman, agree to abide by the terms and

conditions of this Order.

Dated: June 15, 2012

Linda Margherita Yaman

cc:     Counsel of Record
        United States Probation
        United States Marshal

3