# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| ISMAIL OZGUR YAMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 12-cv-221-PB |
| ) | |
| LINDA MARGHERITA YAMAN, ) | |
| ) | |
| Respondent. ) | |

## ORDER GRANTING EMERGECY JOINT MOTION FOR OUT-OF-STATE TRAVEL

Subject to this Court's Order dated June 15, 2012 pertaining to certain travel restrictions placed on the Respondent and the Children, K.Y. and E.Y., this Court GRANTS the parties' Emergency Joint Motion for Out-of-State Travel, and hereby GRANTS the requisite prior approval necessary to permit Respondent to travel to Boston, Massachusetts on October 27, 2012 to attend Petitioner's deposition at Bingham McCutchen, and the Respondent and the Children to travel to Emerge Family Advocates located at 2160 N. Hartland Ave., White River Junction, Vermont for supervised visitation with the Petitioner on Sunday, October 28, 2012. This Order is effective the date below written.

Dated: October 25, 2012         /s/ Paul Barbadoro
                                United States District Judge


cc:   John Cameron, Esq.
      Christopher G. Green, Esq.
      Daniel V. Ward, Esq.
      Beth I.Z. Boland, Esq.
      Pamela Peterson, Esq.
      Kristen A. Fiore, Esq.