UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2012 NOV -1  A 9: 05

| | |
|---|---|
| ISMAIL OZGUR YAMAN,  )<br>  )<br>       Petitioner,  )<br>  )<br>v.  )<br>  )<br>LINDA MARGHERITA YAMAN,  )<br>A/K/A LINDA MARGHERITA POLIZZI  )<br>  )<br>       Respondent.  )<br>  )<br>  ) | CIVIL ACTION<br>No. 12-cv-00221-PB |

## ORDER APPROVING LETTERS OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE IN CIVIL OR COMMERCIAL MATTERS

Upon Respondent's Motion for Issuance of Letters of Request For International Judicial Assistance Pursuant To The Hague Convention Of 18 March 1970 On The Taking of Evidence In Civil Or Commercial Matters, along with the attached Letters of Request; after due deliberation and sufficient cause appearing therefore; it is hereby:

ORDERED that Letter of Request For International Judicial Assistance Pursuant To The Hague Convention Of 18 March 1970 On The Taking of Evidence In Civil Or Commercial Matters Regarding Kemal Yaman is approved and shall issue;

ORDERED that Letter of Request For International Judicial Assistance Pursuant To The Hague Convention Of 18 March 1970 On The Taking of Evidence In Civil Or Commercial Matters Regarding Hacer Yaman is approved and shall issue;

ORDERED that Letter of Request For International Judicial Assistance Pursuant To The Hague Convention Of 18 March 1970 On The Taking of Evidence In Civil Or Commercial Matters Regarding Ayse Yalin is approved and shall issue;

2

ORDERED that Letter of Request For International Judicial Assistance Pursuant To The Hague Convention Of 18 March 1970 On The Taking of Evidence In Civil Or Commercial Matters Regarding Dr. Ufuk Sezgin is approved and shall issue;

ORDERED that Letter of Request For International Judicial Assistance Pursuant To The Hague Convention Of 18 March 1970 On The Taking of Evidence In Civil Or Commercial Matters Regarding Dr. Runa Uslu is approved and shall issue;

ORDERED that Letter of Request For International Judicial Assistance Pursuant To The Hague Convention Of 18 March 1970 On The Taking of Evidence In Civil Or Commercial Matters Regarding Dr. Bahar Gokler is approved and shall issue;

ORDERED that Letter of Request For International Judicial Assistance Pursuant To The Hague Convention Of 18 March 1970 On The Taking of Evidence In Civil Or Commercial Matters Regarding Dr. Aylin Ulusahin is approved and shall issue;

ORDERED that Letter of Request For International Judicial Assistance Pursuant To The Hague Convention Of 18 March 1970 On The Taking of Evidence In Civil Or Commercial Matters Regarding Rabia Ozbas is approved and shall issue;

ORDERED that Letter of Request For International Judicial Assistance Pursuant To The Hague Convention Of 18 March 1970 On The Taking of Evidence In Civil Or Commercial Matters Regarding Harun Bural is approved and shall issue;

ORDERED that Letter of Request For International Judicial Assistance Pursuant To The Hague Convention Of 18 March 1970 On The Taking of Evidence In Civil Or Commercial Matters Regarding Yildiz Cakmak is approved and shall issue;

ORDERED that Letter of Request For International Judicial Assistance Pursuant To The Hague Convention Of 18 March 1970 On The Taking of Evidence In Civil Or Commercial

A/75227369.1

Matters Regarding Dr. Emine Kilic is approved and shall issue; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: ~~October~~ November 1, 2012
Concord, New Hampshire

_____
Honorable Paul J. Barbadoro
United States District Court
District of New Hampshire