UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Ismail Ozgur Yaman

    v.                                        Civil No. 12-cv-221-PB

Linda Margherita Yaman

**O R D E R**

On June 15, 2012, the court appointed John Cameron, Esq., to serve as a guardian ad litem ("GAL") in the above-captioned matter. Although there are no predetermined rate standards or appropriated funds available to pay for GAL services under the circumstances of this case, the court will use attorney admission funds to reimburse Mr. Cameron for fees and expenses consistent with CJA rates.

As part of his work in the case, Mr. Cameron will need to use PACER to access the court's electronic docket as well as electronic documents filed in the case. Because Mr. Cameron's services are comparable to services provided by CJA counsel or a court appointed pro bono attorney, both being in a class of users entitled to PACER fee exempt status, the court finds that he is eligible to receive a PACER fee exemption. To that end, the court finds that an exemption is necessary in order to avoid the imposition of unreasonable burdens on Mr. Cameron and to promote public access to information. Accordingly, Mr. Cameron shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of providing GAL services in the above-captioned case. Additionally, the following limitations apply:

1. This fee exemption applies only to Mr. Cameron and is valid only for the purpose of accessing electronic docket sheets/documents related to his GAL work in the above-captioned case;

2. This fee exemption applies only to the electronic case files of this court that are available through the PACER system;

3. By accepting this exemption, Mr. Cameron agrees not to sell for profit any data obtained as a result of receiving this exemption;

4. Mr. Cameron is prohibited from transferring any data obtained as a result of receiving this exemption; and

5. This exemption is valid until the conclusion of Mr. Camerson's services as a GAL in the above-captioned matter.

This exemption may be revoked at the discretion of the court at any time.  A copy of this Order shall be sent to the PACER Service Center.

SO ORDERED.


November 26, 2012                               /s/ Daniel J. Lynch
                                                Daniel J. Lynch
                                                United States Magistrate Judge

cc:     Counsel of Record
        John Cameron, Esq.
        PACER Service Center