UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ISMAIL OZGUR YAMAN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 12-cv-00221-PB |
| LINDA MARGHERITA YAMAN, A/K/A LINDA MARGHERITA POLIZZI | ) |
| Respondent. | ) |

**PETITIONER'S MOTION TO PRECLUDE RESPONDENT FROM PRESENTING THE AFFIRMATIVE DEFENSE OF "SETTLEDNESS"**

Petitioner, Ismail Ozgur Yaman, respectfully submits this Motion to Preclude Respondent from Presenting the Affirmative Defense of "Settledness." The grounds for Petitioner's motion, which are set forth fully in the memorandum of law filed herewith, are that the Respondent should not be permitted to avail herself of the settledness defense where she has, for years, actively and egregiously attempted to conceal the whereabouts of her daughters and evade legal proceedings to secure their return. Allowing Respondent to assert the affirmative defense of settledness would reward her for her successful abduction and concealment of her children, undermining the purposes of the Hague Convention.

**PRAYER FOR RELIEF**

Wherefore, the Petitioner respectfully requests that the Court grant this motion to preclude Respondent from presenting evidence at trial related to her defense of settledness, or from arguing that the Children should not be returned to their home country of Turkey because

they are "now settled" in New Hampshire, and grant all such other and further relief as is just and equitable.

December 7, 2012

Respectfully submitted,

Petitioner Ismail Ozgur Yaman

By his attorneys,

/s/ Kristen A. Fiore
Kristen A. Fiore (#20082)
Christopher G. Green (*pro hac vice*)
Douglas E. Brayley (*pro hac vice*)
Daniel V. Ward (*pro hac vice*)
Allison M. Boscarine (*pro hac vice*)
M. Patrick Moore, Jr. (*pro hac vice*)
Lisa L. Rachlin (*pro hac vice*)
ROPES & GRAY LLP
800 Boylston Street
Boston, Massachusetts 02199
(617) 951-7000
kristen.fiore@ropesgray.com
christopher.green@ropesgray.com
douglas.brayley@ropesgray.com
daniel.ward@ropesgray.com
allison.boscarine@ropesgray.com
michael.moore@ropesgray.com
lisa.rachlin@ropesgray.com

## CONCURRENCE STATEMENT

     Pursuant to Local Rule 7.1(c), Beth Boland, counsel for Respondent, has been contacted and will object to the relief sought in the foregoing Motion to Preclude Respondent from Presenting the Affirmative Defense of "Settledness."

                                             /s/ Kristen A. Fiore
                                             Kristen A. Fiore (#20082)

Date: December 7, 2012

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of December 2012, Petitioner's Motion to Preclude Respondent from Presenting the Affirmative Defense of "Settledness," Memorandum in Support and Exhibits thereto, Declaration of Kristen Fiore and Exhibits thereto, and Declaration of Rochelle E. Lento have been sent via e-mail to all counsel of record for the Respondent.

                                        /s/ Kristen A. Fiore
                                        Kristen A. Fiore (#20082)

Date: December 7, 2012